No. 112. SUCCESSION OF COLÓN, PETITIONER, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Application for a writ of *certiorari* to the judge of the District Court of Ponce. Motion by the petitioner for leave to withdraw the application. Decided January 22, 1914. Motion sustained and writ of *cer-*

*tiorari* vacated. *Mr. Cervoni Gely* for the petitioner. The respondent did not appear.